JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GREEN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JAMES A. YATES, Warden,<br><br>　　　　Respondent. | Case No. CV 07-4324-GHK (RNB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/26/08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE